UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PRECISION CAM, INC., <br> KENNETH BOEHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FOX & FOX, <br> BRUCE FOX, <br> ASSOCIATION FOR SMALL CLOSELY-HELD BUSINESS ENTERPRISES also known as ASBE, <br> LAWRENCE CRONIN ESTATE OF LAWRENCE CRONIN, <br> CRONIN INSURANCE SERVICES, INC, <br> SEVERANCE PAY ADMINISTRATORS, INC, <br><br> Defendants. | No. 1:14-cv-00452-TWP-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendants' Motion to Dismiss Counts 2 and 3 of Plaintiffs' Amended Complaint (Filing No. 54). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Defendant's Motion to Dismiss Count 2 and 3 of Plaintiffs' Amended Complaint (Filing No. 54) is **GRANTED**. Counts 2 and 3 are dismissed without prejudice.

Date: 2/24/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew C. Boulton
BOULTON LAW GROUP, LLC
matt@boultonlawgrp.com

James D. Harbert
HINSHAW & CULBERTSON LLP
jharbert@hinshawlaw.com

Jordan M. Feffer
HINSHAW & CULBERTSON LLP
jfeffer@hinshawlaw.com

Patrick Philip Devine
HINSHAW & CULBERTSON, LLP
pdevine@hinshawlaw.com

Joel Kirk LeBlanc
LEBLANC NETTLES DAVIS
kirk@indianalawgroup.com

Nelson A. Nettles
LEBLANC NETTLES DAVIS
nelson@indianalawgroup.com